IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS'<br>DISTRICT COUNCIL PENSION PLAN and<br>CHICAGO & VICINITY LABORERS'<br>DISTRICT COUNCIL HEALTH & WELFARE<br>PLAN, CHICAGO AND VICINITY<br>LABORERS DISTRICT COUNCIL RETIREE<br>HEALTH AND WELFARE PLAN and<br>CATHERINE WENSKUS, Administrator of the<br>Plans,<br>　　　　　Plaintiffs,<br><br>v.<br><br>SYNERGY DEVELOPMENT LIMITED,<br><br>　　　　　Defendant. | No. 20 cv-6553<br><br>Judge Mary M. Rowland<br><br>Magistrate Judge Maria Valdez |

## AGREED JUDGMENT ORDER

The Parties, having executed a Stipulation of Judgment on November 15, 2022, by and through their undersigned counsel, have agreed to entry of a judgment order as follows:

**IT IS HEREBY ORDERED:**

1. That the Clerk of the Court shall enter judgment against Defendant Synergy Development Limited in the total amount of $171,937.24, which consists of the following:

    a. The amount of $61,800.48 in principal contributions for the period from the period of June 1, 2019 to the period of January 31, 2021;

    b. The amount of $2,467.00 in fringe benefit audit costs;

    c. The amount of $2,744.82 in prior underpayments;

    d. The amount of $51,253.49 in dues and wage audit costs owed to the Union;

    e. Liquidated damages in the amount of $6,180.06;

    f. Penalties in the amount of $6,680.96;

    g. Interest in the amount of $18,565.93; and

    h. Attorneys' fees and costs in the total amount of $22,244.50.

2. Defendant is directed to comply with its obligations to Plaintiffs under ERISA, and under the applicable Collective Bargaining Agreement and Trust Agreements. Obligations include filing monthly reports accurately reflecting the work performed within the jurisdiction of the labor agreement and remitting timely contributions to the Plaintiff Funds. All current contributions are due the 10th day of the month following the month in which the work is performed.

3. This Agreed Judgment Order does not release delinquencies that may be identified by a future audit report beginning at any time after January 31, 2021.

By: /s/ Miranda L. Huber

Counsel for the Funds

Karen I. Engelhardt
Miranda L. Huber
Allison, Slutsky, & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, Illinois 60606
(312) 364-9400, ext. 3016
kie@ask-attorneys.com
huber@ask-attorneys.com

Robin Aikens, President
Synergy Development, Ltd.

Date: 11/14/2022

By: /s/ Megan M. Moore

Counsel for Synergy Development

Todd A. Miller
Kathleen M. Cahill
Megan M. Moore
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
(312) 675-4325
tam@alloccomiller.com
kmc@alloccomiller.com
mmm@alloccomiller.com

Dated: November 18, 2022

**ENTERED:**

Mary M Rowland
UNITED STATES DISTRICT COURT